Ernest Cory (Admitted *Pro Hac Vice*)
Kristian W. Rasmussen (Admitted *Pro Hac Vice*)
Lauren S. Miller (Admitted *Pro Hac Vice*)
R. Andrew Jones (Admitted *Pro Hac Vice)*
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com
         krasmussen@corywatson.com
         lmiller@corywatson.com
         ajones@corywatson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No.:  3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No: |
| THOMAS QUINN,<br><br>             Plaintiff(s)<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>             Defendant(s). | **Short Form Complaint** |

Plaintiff(s), Thomas Quinn, incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff(s) further show the court as follows:

1.  Defendant(s) against whom Complaint is made:

    a.   X  Eli Lilly and Company

    b.   __ Pfizer Inc.

    c.   __ Other (specify Defendant) _____

1

Short Form Complaint
3:16-MD-02691-RS

2. Plaintiff's Full Name:

    a. Thomas Quinn

3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:

    a. N/A

4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):

    a. N/A

5. Plaintiff's current city and state of residence:

    a. Linesville, PA

6. District Court in which venue would be proper absent direct filing:

    a. Western District of Pennsylvania

7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:

    a. Linesville, PA

8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):

    a. Start date: N/A

    b. Stop date: N/A

9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):

    a. Start date: 6/29/2014

    b. Stop date: 8/23/2016

10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:

    a. 4/11/2016; Metastatic Melanoma

    b. 10/13/2016

11. Date of death of Decedent, if applicable:

    a. N/A

Short Form Complaint
3:16-MD-02691-RS

12. Master Complaint Adopted (check one or both):

      a.        Pfizer Master Complaint

      b.   X   Eli Lilly Master Complaint

13. Counts in the Master Complaint(s) brought by Plaintiff(s):

      a.  Count 1 (Negligence):   X   

      b.  Count 2 (Gross Negligence):   X   

      c.  Count 3(Negligence Per Se):   X   

      d.  Count 4 (Unfair and Deceptive Trade Practices: Unfairness)   X   

      e.  Count 5 (Unfair and Deceptive Trade Practices: Fraud)   X  

      f.  Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness)   X  

      g.  Count 7 (Strict Liability – Defective Design):   X   

      h.  Count 8 (Strict Liability – Failure to Warn):   X   

      i.  Count 9 (Failure to Test):   X  

      j.  Count 10 (Breach of Express Warranty):   X  

      k.  Count 11 (Breach of Implied Warranty):   X   

      l.  Count 12 (Fraudulent Misrepresentation and Concealment):   X   

      m. Count 13 (Negligent Misrepresentation and Concealment):   X   

      n.  Count 14 (Fraud and Deceit):   X   

      o.  Count 15 (Willful, Wanton, and Malicious Conduct):   X   

      p.  Count 16 (Unjust Enrichment):   X   

      q.  Count 17 (Loss of Consortium):        

      r.  Count 18 (Survival):        

      s.  Count 19 (Wrongful Death):        

      t.  Count 20 (Punitive Damages):   X   

      u.  Other: _____

14. Jury Demand

Short Form Complaint
3:16-MD-02691-RS

a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this action: Yes __X__ No _____

Dated this the 19th day of July, 2017.

Respectfully submitted on behalf of the Plaintiff(s),


*/s/ Ernest Cory*
Ernest Cory
Kristian W. Rasmussen
Lauren S. Miller
R. Andrew Jones
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com
        krasmussen@corywatson.com
        lmiller@corywatson.com
        ajones@corywatson.com

Short Form Complaint
3:16-MD-02691-RS